UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JAMES L. MOORE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No.: 3:23-cv-00001-MPB-MJD |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

# ORDER

Comes now Plaintiff, by counsel, having filed the Motion to Voluntarily Dismiss Appeal; AND THE COURT, having been duly advised in the premises and having examined said Motion, now finds that the same should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's present action be voluntarily dismissed.

ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED by the Court this 12th day of June, 2023.

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via CM/ECF.